| | |
|---|---|
| 1 | KEVIN V. RYAN **(California State Bar No. 118321)**<br>United States Attorney |
| 2 | JAY R. WEILL **(California State Bar No. 75434)**<br>Assistant United States Attorney |
| 3 | Chief, Tax Division |

  10th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, CA 94102
  Telephone:   (415) 436-7017
  Fax:             (415) 436-6748

Attorneys for the United States of America

### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JOSEPH LEVERONI, as Executor of THE ESTATE OF LOUISE K. LEVERONI and as Trustee of the LOUISE K. LEVERNI TRUST, | ) ) ) ) ) | No.  C-05-04295-SI |
| Plaintiff, | ) ) | **JOINT APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) ) | |

This complaint for an estate tax refund was filed on October 21, 2005. The case management conference is scheduled for January 27, 2006. The IRS is presently reviewing the Estates refund claim. We anticipate that it will take several months for that review to be completed. If the refund claim is allowed, then this action will become moot. Accordingly, we request that the case management conference be continued until April 28, 2006. Plaintiff's counsel, Newton F. Dalpogetto, joins in this joint request.

KEVIN V. RYAN
United States Attorney

Dated: January 6, 2006        /s/ Jay R. Weill
                              JAY R. WEILL
                              Assistant United States Attorney
                              Chief, Tax Division

SO ORDERED.

Upon application of the parties, the case management conference is continued to April 28, 2006 at 2:00 p.m.

SUSAN ILLSTON
United States District Judge

*GRANTED — Judge Susan Illston*