| | |
|---|---|
| 1 | KEVIN V. RYAN **(California State Bar No. 118321)**<br>United States Attorney |
| 2 | JAY R. WEILL **(California State Bar No. 75434)**<br>Assistant United States Attorney |
| 3 | Chief, Tax Division |

   10th Floor Federal Building
   450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
   Telephone: (415) 436-7017
   Fax: (415) 436-6748

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JOSEPH LEVERONI, as Executor of THE ESTATE OF LOUISE K. LEVERONI and as Trustee of the LOUISE K. LEVERNI TRUST, | ) ) ) ) ) | No. C-05-04295-SI |
| Plaintiff, | ) ) | **JOINT APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) | |

     This is a complaint for an estate tax refund. The case management conference is scheduled for April 28, 2006. The IRS has tentatively approved a partial refund of the amount claimed but is waiting for plaintiff to sign a written waiver. The granting of this refund will reduce the amount sought here. Accordingly, we request that the case management conference be continued until July 21, 2006. This will allow the parties an opportunity to discuss what issues remain in this case. Plaintiff's counsel, Newton F. Dalpogetto, joins in this joint request.

                                             KEVIN V. RYAN
                                             United States Attorney

Dated: January 6, 2006        /s/ Jay R. Weill
                                             JAY R. WEILL
                                             Assistant United States Attorney
                                             Chief, Tax Division

     SO ORDERED.

     Upon application of the parties, the case management conference is continued to April 28, 2006 at 2:00 p.m.

                                             SUSAN ILLSTON
                                             United States District Judge