1 | KEVIN V. RYAN **(California State Bar No. 118321)**
United States Attorney
2 | JAY R. WEILL **(California State Bar No. 75434)**
Assistant United States Attorney
3 | Chief, Tax Division
9th Floor Federal Building
4 | 450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
5 | Telephone: (415) 436-7017
Fax: (415) 436-6748

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH LEVERONI, as Executor of THE ESTATE OF LOUISE K. LEVERONI and as Trustee of the LOUISE K. LEVERNI TRUST,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. C-05-04295-SI<br><br>**JOINT APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER** |

This is a complaint for an estate tax refund. The case management conference is scheduled for July 21, 2006. Defendant's counsel, Newton F. Dalporte, has health problems in his family and requested that this matter be continued for 30 days or August 18, 2006. The government has no objection. Accordingly, we request that the case management conference be continued until August 18, 2006.

KEVIN V. RYAN
United States Attorney

Dated: July 7, 2006       /s/ Jay R. Weill
JAY R. WEILL
Assistant United States Attorney
Chief, Tax Division

SO ORDERED.

Upon application of the parties, the case management conference is continued to August 18, 2006 at 2:00 p.m.

_____
SUSAN ILLSTON
United States District Judge