```
SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
JAY R. WEILL (CSBN 75434)
Assistant United States Attorney
Chief, Tax Division
  10th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, CA 94102
  Telephone:   (415) 436-7017
  Fax:         (415) 436-6748
```

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOSEPH LEVERONI, as Executor of THE ESTATE OF LOUISE K. LEVERONI and as Trustee of the LOUISE K. LEVERNI TRUST,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. C-05-04295-SI<br><br><u>JUDGMENT</u> |

Pursuant to this Court's Order Granting Defendant's Motion For Partial Summary Judgment and concession of the government that the plaintiff is entitled to a refund of $120,543, plus statutory interest; it is

ORDERED AND ADJUDGED that the plaintiff have judgment against and shall recover from the defendant the amount of $120,543, plus statutory interest computed pursuant to I.R.C. § 6611. The plaintiff has the right to appeal from this Judgment as a result of the Court's Order Granting Defendant's Motion For Partial Summary Judgment.

Dated: _____

_____
SUSAN ILLSTON
United States District Judge

APPROVED AS TO FORM::

/s/ Jay R. Weill
JAY R. WEILL
Assistant United States Attorney
Chief, Tax Division


/s/ Newton Dal Poggetto
NEWTON DAL POGGETTO
Attorneys for Plaintiff Joseph Leveroni